UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VITTORIA CONN,

                Plaintiff,

-against-

DEWEY & LEBOEUF LLP,

                Defendant.

No. 12 Civ. 3732 (LTS)(GWG)



ORDER

In light of Plaintiff's filing of a Notice of Suggestion of Bankruptcy of Defendant Dewey & LeBoeuf LLP, this case is placed on the suspense calendar and the Initial Pre-Trial Conference and related requirements are adjourned sine die. Plaintiff shall submit a report to the Court as of January 1, 2013 and every July 1 and January 1 thereafter advising the Court as to the status of the bankruptcy and whether the case should be maintained on the suspense calendar, re-opened, or dismissed.

    SO ORDERED.

Dated: New York, New York
         September 7, 2012

                                            LAURA TAYLOR SWAIN
                                            United States District Judge