IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VITTORIA CONN on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>DEWEY & LEBOEUF LLP<br>                    Defendant. | **Case No. 12-CV-03732 (LTS)** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 4l(a) of the Federal Rules of Civil Procedure, the Plaintiff, Vittoria Conn, hereby gives notice of voluntary dismissal of this action without prejudice, in light of the action she commenced and is litigating in the Debtor's Chapter 11 case in the United States Bankruptcy Court for the Southern District of New York, Case No. 12-01672.  Each party to bear its own costs.

Dated: January 2, 2014

/s/ Jack A. Raisner
Jack A. Raisner
René S. Roupinian
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Fax: (212) 977-4005
Email: rsr@outtengolden.com
Email: jar@outtengolden.com
*Counsel for Plaintiff and the Certified Class*

## **CERTIFICATE OF SERVICE**

I, Jack A. Raisner, hereby certify that, on January 2, 2014, true and correct copies of the foregoing document were served upon all counsel of record via the CM/ECF system for the United States District Court for the Southern District of New York.

/s/ Jack A. Raisner

*Attorneys for Plaintiffs and the Putative Class*